USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/17/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**CANDIA LIBRADO ET AL.**, *individually and on behalf of others similarly situated,*

　　　　　　　　　　**Plaintiffs,**

　　-against-

**D & D THAI RESTAURANT CORP. ET AL.**

　　　　　　　　　　**Defendants.**

---

**18-cv-1214 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court has received the settlement agreement submitted by the parties. Having reviewed it, as well as the accompanying fairness motion, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement.

　　Accordingly, this matter is hereby discontinued with prejudice and without costs or fees as to any party.

**SO ORDERED.**

Dated:　　July 17, 2018
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**